

**THE CITY OF NEW YORK**

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**CHRISTINE COLALILLO**
*Assistant Corporation Counsel*
Phone: (212) 356-2599
Fax: (212) 356-3509
ccolalil@law.nyc.gov

December 2, 2024

**By ECF**
Honorable Valerie Figueredo
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re: <u>Muflihi v. Rikers Island Employees et. al</u>,
       24-CV-00395 (VEC) (VF)

Your Honor:

  I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York and assigned to the defense of the above referenced matter, and the attorney for Defendant City of New York. Defendant City writes to provide a status report and to respectfully requests a thirty (30) day extension of time until January 3, 2024 to respond to the Court's <u>Valentin</u> order dated June 28, 2024. This is the third request to for an enlargement of time to respond to the Court's <u>Valentin</u> Order. Due to Plaintiff's incarcerated status, Defendant City was unable to obtain Plaintiff's position regarding this request.

  By way of background, Plaintiff alleges, *inter alia*, that he is a Muslim man and was denied access to certain religious services during Ramadan in 2021 and 2022. (See Amended Complaint, ECF Dkt. No. 4.) This Court previously issued a <u>Valentin</u> order, directing the City to identify "the correctional officers on duty during the 3pm to 11pm shift at Mod 9 and 12 in AMKC during Ramadan in 2021 and 2022." (ECF Dkt. No. 6.) On August 27, 2024, the City partially responded to this order, providing the name and address for the Department of Corrections Imam employed during Ramadan in 2021 and 2022.

  On October 11, 2024, Defendant served Plaintiff with interrogatories to assist in the identification of the officers who Plaintiff alleges denied his religious services. Plaintiff responded with the last names of four officers- "Smith, Tompson, Green, and Mohammad" as well as some partial descriptions of each. The City has been working diligently with the Department of Corrections to identify these officers. Upon information and belief, each of the last names came back with more than one match for officers working AMKC at the time of the

incident, and each name clashed with the physical descriptions provided by Plaintiff. The City is in the process of scheduling interviews with several officers to further assist in potential identification.

Accordingly, Defendant City requests a thirty (30) day extension of time to respond to the Court's Valentin order until January 3, 2024. Thank you for your consideration of this request.

Respectfully submitted,

*Christine Colalillo /s/*

Christine Colalillo
*Assistant Corporation Counsel*
Special Federal Litigation

cc: By Regular Mail
Salman Muflihi
DIN: 22B4253
Attica Correctional Facility
639 Exchange Street
P.O. Box 149
Attica, NY 14011

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

Dated: 12/3/24

The extension requested herein is GRANTED. Defendant is directed to respond to the Court's Valentin order by **January 3, 2025**. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 23.