**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
SALMAN MUFLIHI,

                                       Plaintiff,                      **24-CV-395-VEC-VF**

                   -against-                            **ORDER**

RIKERS ISLAND EMPLOYEES, et al.,

                                   Defendants.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Defendants were directed to respond to the Court's <u>Valentin</u> order by January 3, 2025. That date has now passed, and Defendants have not filed anything. Defendants are hereby directed to respond to the Court's <u>Valentin</u> order by **January 28, 2025**.

      **SO ORDERED.**

DATED:  New York, New York

           January 21, 2025                          VALERIE FIGUEREDO
                                                               United States Magistrate Judge