**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

SALMAN MUFLIHI,

                        Plaintiff,                        **24-CV-395 (VEC) (VF)**

            -against-                             **ORDER OF SERVICE**

RIKERS ISLAND EMPLOYEES, et al.,

                       Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Although Defendant Imam Abdur-Rahmam Kareem was issued a summons on May 12, 2025 (ECF No. 45), he has not appeared in this action. The Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form"). The Clerk of Court is further instructed to re-issue a summons and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effectuate service upon Defendant Abdur-Rahman Kareem.

Plaintiff is reminded that if the Amended Complaint is not served within 90 days after the date the summons is issued, Plaintiff should request an extension of time for service. See Meilleur v. Strong, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

The Clerk of Court is instructed to issue a summons for Defendant Imam Abdur-Rahman Kareem, complete the USM-285 form with the address for the Defendant, and deliver all documents necessary to effectuate service to the U.S. Marshals Service.

**SO ORDERED.**

DATED:    February 3, 2026
          New York, New York

_____
VALERIE FIGUEREDO
United States Magistrate Judge

**SERVICE ADDRESS FOR DEFENDANT**

1. Iman Abdur-Rahman Kareem, Shield #44
   Legal Division, New York City Department of Correction,
   75-20 Astoria Blvd S, Suite 305, E. Elmhurst, NY, 11370