**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
SALMAN MUFLIHI,

Plaintiff,

-against-

RIKERS ISLAND EMPLOYEES, et al.,

Defendants.
---------------------------------------------------------------X

**24-CV-395-VEC-VF**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On July 13, 2026, the parties filed a status report requesting a settlement conference and that applicable motion deadlines be stayed pending the outcome of the conference. ECF No. 59.

A settlement conference in this matter is scheduled for **Monday, October 26, 2026 at 10 a.m.** Because of Plaintiff's incarcerated status, the settlement conference will be held via Zoom. The Zoom information will be e-mailed to the parties closer to the conference date. Corporate parties must send the person with decision-making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valeriefigueredo). Pre-conference submissions must be submitted by e-mail to the Court no later than **October 19, 2026.**

The Warden or other official in charge of the Sing Sing Correctional Facility is **ORDERED to produce Salman Muflihi, DIN 22B4253, on October 26, 2026 at 10:00 a.m.** until the resolution of the settlement conference to a suitable location within the facility equipped with video teleconferencing capabilities. Defendant is directed to provide a copy of this order to the Warden or other relevant official and coordinate with the facility to ensure Plaintiff's appearance at the conference.

Finally, the parties are directed to provide an update on the status of Defendant Abdur-Raham Kareem by **July 31, 2026**.

All applicable motion deadlines are stayed pending the resolution of the settlement conference. The Clerk of Court is respectfully directed to mail a copy of this order to pro se Plaintiff.

**SO ORDERED.**

DATED: New York, New York
July 16, 2026

VALERIE FIGUEREDO
United States Magistrate Judge